UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LORAN NORTHROP,

               Plaintiff,

    v.

SAILORS UNION OF THE PACIFIC,

               Defendant.

Case No. C26-1554-JCC-SKV

ORDER GRANTING IFP

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 13th day of May, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IFP - 1