THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LORAN NORTHROP,

　　　　　　Plaintiff,

　　　v.

SAILORS UNION OF THE PACIFIC,

　　　　　　Defendant.

CASE NO. C26-1554-JCC

MINUTE ORDER

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 10). In it, Plaintiff seeks reconsideration of the Court's order (Dkt. No. 9) denying his earlier motion for the appointment of pro bono counsel (Dkt. No. 8). In now moving for reconsideration, Plaintiff fails to establish that the Court committed manifest error in its prior ruling or new facts or legal authority that could not have been brought to the Court's attention earlier with reasonable diligence. Thus, the motion for reconsideration (Dkt. No. 10) is DENIED.

　　　　DATED this 22nd day of June 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C26-1554-JCC
PAGE - 1