THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORAN NORTHROP,<br><br>Plaintiff,<br><br>v.<br><br>SAILORS UNION OF THE PACIFIC,<br><br>Defendant. | CASE NO. C26-1554-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion to seal (Dkt. No. 21). While the public has a common law right to inspect and copy public records, including those from judicial proceedings, these rights are not absolute. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). The materials Plaintiff seeks to maintain under seal (Dkt. No. 23) meet this standard. Thus, the Court GRANTS Plaintiff's motion (Dkt. No. 21). The Clerk is DIRECTED to maintain Docket Number 23 under seal.

//

//

//

It is so ORDERED this 20th day of July 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE