THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORAN NORTHROP,<br><br>Plaintiff,<br>v.<br><br>SAILORS UNION OF THE PACIFIC,<br><br>Defendant. | CASE NO. C26-1554-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for a stay pending interlocutory appeal (Dkt. No. 33), which the Court GRANTS for the reasons explained herein.

The Court denied Plaintiff's request for the appointment of *pro bono* counsel, a decision Plaintiff now seeks interlocutory appeal of. (*See* Dkt. Nos. 9, 31-1.) Given this, and the alleged prejudice that Plaintiff will suffer from continuing this matter *pro se*, Plaintiff asks the Court to stay proceedings here pending resolution of that appeal. (*See generally* Dkt. No. 33, 33-1.) He contends that doing so (amongst other things) would result in judicial economy and not work a hardship on Defendant. (*See generally id.*) Defendant has not lodged a brief in opposition, which the Court views as an admission that Plaintiff's motion has merit. *See* LCR 7(b)(2).

This Court has broad discretion to decide whether a stay is appropriate to "promote economy of time and effort for itself, for counsel, and for litigants." *Filtrol Corp. v. Kelleher*, 467 F.2d 242, 244 (9th Cir. 1972) (quotations and citations omitted); *see Mediterranean*

*Enterprises, Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir.1983) ("A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case.").

In light of Defendant's non-opposition, and finding good cause for the reasons noted above, the Court GRANTS Plaintiff motion (Dkt. No. 33) and STAYS this matter in its entirety pending resolution of Plaintiff's interlocutory appeal to the Ninth Circuit Court of Appeal, Case No. 26-4580. The parties are DIRECTED to lodge a joint status report with this Court within 30 days of resolution of that appeal.

DATED this 10th day of August 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE